STATE of Missouri, Respondent,

v.

Leon CARTER, Defendant/Appellant.

No. 70506.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 25, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 15, 1998.

Application for Transfer Denied
Feb.24, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment following his conviction by a jury for resisting arrest in violation of section 575.150, RSMo 1994, and for property damage in the first degree in violation of section 569.100, RSMo 1994. Defendant was sentenced by the court as a prior and persistent offender to ten years imprisonment for resisting arrest and ten years imprisonment for property damage, with the sentences to be served concurrently.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. We affirm the judgment pursuant to Rule 30.25(b).

William WILLINGHAM, Appellant,

v.

STATE of Missouri, Respondent.

No. 71853.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 25, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 15, 1998.

Application for Transfer Denied
Feb. 24, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Defendant, William Willingham, appeals from the judgment denying, without an evidentiary hearing, his Rule 24.035 motion. The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value.

The judgment is affirmed Rule 84.16(b).